Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WINTERS, JR., <br><br> Plaintiff, <br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC. <br><br> Defendant. | ) Case No. <br> )   8:17-cv-00393-JLS-JDE <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **NOTICE OF SETTLEMENT** <br> ) <br> ) <br> ) |

   NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** October 23, 2017       **Law Offices of Todd M. Friedman, P.C.**

                         By: s/ Adrian R. Bacon
                             Adrian R. Bacon

Notice of Settlement - 1

Filed electronically on this 23rd Day of October, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 23rd Day of October, 2017

By: s/ Adrian R. Bacon Esq.<br>ADRIAN R. BACON