JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WINTERS, JR., | Case No. SACV 17-00393-JLS(JDEx) |
| Plaintiff, | ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendant(s). | |

On October 23, 2017, Plaintiff filed a Notice of Settlement (doc. 19), indicating that the case has been resolved. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

///

///

1  The parties shall file a Stipulation of Dismissal no later than
2 November 24, 2017. If no dismissal is filed, the Court deems the
3 matter dismissed at that time.
4  The Court retains full jurisdiction over this action and this
5 order shall not prejudice any party in the action.

7 IT IS SO ORDERED.

9 DATED: October 24, 2017

　　　　　　　　　　　　　　　　　　__JOSEPHINE L. STATON_____
　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE