Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD WINTERS, JR.**, | Case No. **8:17-cv-00393-JLS (JDEx)** |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.;** | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 27th Day of November, 2017,

By: /s/Adrian R. Bacon Esq.
 Adrian R. Bacon
 Attorney for Plaintiff

By: /s/ *Donna Woo.*
 Donna Woo.
 Attorney for Defendant
 Experian Information Solutions, Inc.

Filed electronically on this 27th Day of November, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

**Hon. Judge** JOSEPHINE L. STATON

United States Central District Court Judge

And all counsel registered on ECF.

This 27th Day of November, 2017.

s/Adrian R. Bacon Esq.
Adrian R. Bacon