# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD WINTERS, JR** ) | Case No. **8:17-cv-00393-JLS (JDEx)** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC.**;** ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Defendant Experian Information Solutions, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this November 27nd 2017

_____
    JOSEPHINE L. STATON
   Hon. JOSEPHINE L. STATON

1